UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-36163 |
|---|---|
| GARY LEE LYKINS | (Chapter 13) |
| PATRICIA HARRIET LYKINS | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995147**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 23/ 30 | NATIONAL CASH ADVANCE<br>2758 WILMINGTON PIKE<br>DAYTON, OH  45429 | 2.45 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/11/2010

Certificate of Service 05-36163

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| GARY LEE LYKINS | PATRICIA HARRIET LYKINS | RICHARD E WEST |
| --- | --- | --- |
| 2850 GRACE AVENUE | 311 LAURELANN DR. | 195 E CENTRAL AVE |
| DAYTON, OH  45420 | KETTERING, OH  45429 | BOX 938 |
| | | SPRINGBORO, OH  45066 |
| (58.1n) | (55.1n) | (57.1n) |
| ECAST SETTLEMENT CORPORATION | ECMC | LVNV FUNDING LLC |
| BOX 35480 | BOX 8809 | % RESURGENT CAPITAL SERVICES |
| NEWARK, NJ  07193 | RICHMOND, VA  23225 | BOX 10587 |
| | | GREENVILLE, SC  29603 |
| (30.1) | (61.1n) | |
| NATIONAL CASH ADVANCE | PORTFOLIO RECOVERY ASSOCIATES | |
| 2758 WILMINGTON PIKE | BOX 41067 | |
| DAYTON, OH  45429 | NORFOLK, VA  23541 | |

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner      cs